**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Ronald Coulter #300410, Appellant,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-002379

———————————

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2017-UP-378
Submitted September 1, 2017 – Filed October 18, 2017

———————————

**AFFIRMED**

———————————

Ronald Coulter, pro se.

Attorney General Alan McCrory Wilson and Assistant Attorney General James Rutledge Johnson, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *McWee v. State*, 357 S.C. 403, 406, 593 S.E.2d 456, 457 (2004) ("Habeas relief will be granted only for a constitutional claim rising to the level of 'a violation, which in the setting, constitutes a denial of fundamental fairness shocking to the universal sense of justice.'" (quoting *Green v. Maynard*, 349 S.C.

535, 538, 564 S.E.2d 83, 84 (2002))); *Williams v. Ozmint*, 380 S.C. 473, 477, 671 S.E.2d 600, 602 (2008) ("Habeas relief is seldom used and acts as an ultimate ensurer of fundamental constitutional rights.").

**AFFIRMED.**[1]

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.